# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARY PETERMAN**                                                                                 **PLAINTIFF**

**v.**                                    **3:07CV0047-WRW**

**DERRICK TINSLEY and**
**GREAT DANE, L.P.**                                                           **DEFENDANTS**

## ORDER

Following today's telephone conference on Plaintiff's Oral Motion to Quash Notice of Deposition, the Court GRANTED the motion and the deposition set for July 30, 2007, was postponed and reset for August 28, 2007.

The Court will enter the parties' proposed protective order forthwith.

IT IS SO ORDERED this 26th day of July, 2007.


                                                                                    /s/Wm. R. Wilson, Jr.
                                                             UNITED STATES DISTRICT JUDGE