IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY PETERMAN                                                                          PLAINTIFF

VS.                              3:07CV00047-WRW

DERRICK TINSLEY AND
GREAT DANE LIMITED PARTNERSHIP                            DEFENDANTS

**WARNING ORDER**

TO:     Derrick Tinsley

You are hereby notified that Mary Peterman, Plaintiff, whose attorney is Luther Oneal Sutter, whose address is Post Office Box 26321, Little Rock, Arkansas, 72221, has filed a complaint herein against you, a copy of which complaint and summons shall be delivered to you or to your attorney upon request. You are also notified that you must appear and defend by filing your answer or other responsive pleading within thirty (30) days of the date of the first publication of this warning order; and in the event of your failure to do so, judgment by default will be entered against you for the relief demanded in the complaint as circumscribed by the laws of the State of Arkansas.

IT IS SO ORDERED this 9th day of August, 2007.

                                                                /s/Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE